UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
* * * * * * * * * * * * * * * * *

IN RE: Cindy Chau Tran : Case No: 25-10042

Debtor : Chapter 13

## STATEMENT REGARDING INCOME

I, Cindy Chau Tran, state that I receive approximately $1,000.00/month in child support benefits.

I state under penalty of perjury that the foregoing is true and correct. (An unsworn statement given under the penalty of perjury has the same force and effect as an affidavit; See, 28 U.S.C. 1746).

Dated: January 13, 2025

/s/ Cindy Chau Tran
Debtor: Cindy Chau Tran

# United States Bankruptcy Court
## Western District of Louisiana

In re _____ Debtor(s)    Case No. _____    Chapter _____

## BUSINESS INCOME AND EXPENSES For: Month and Year: July 2024

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For last 12 Months: $ 10,786.

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income  $ 28027.94

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| Expense Item: | TOTAL |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ NA |
| 4. Payroll Taxes | NA |
| 5. Unemployment Taxes | NA |
| 6. Worker's Compensation | NA |
| 7. Other Taxes | |
| 8. Inventory Purchases (Including raw materials) | 15,798.74 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | NA |
| 10. Rent (Other than debtor's principal residence) | 5425 |
| 11. Utilities | 1267.67 |
| 12. Office Expenses and Supplies | 448.22 |
| 13. Repairs and Maintenance | 0 |
| 14. Vehicle Expenses | 100 |
| 15. Travel and Entertainment | 0 |
| 16. Equipment Rental and Leases | 1,2495 |
| 17. Legal/Accounting/Other Professional Fees | 0 |
| 18. Insurance | 1027 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | NA |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION OF OTHER EXPENSES NOT MENTION ABOVE | TOTAL |
|---|---|
| 21. Other: Specify Item: Credit card fees & charges | 953.35 |
| Other: Specify Item: ___ | |
| Other: Specify Item: ___ | |

| DESCRIPTION | TOTAL |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 25144.93 |

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $ 2883.01

# United States Bankruptcy Court
## Western District of Louisiana

In re: _____  Case No. _____
Debtor(s)                       Chapter _____

## BUSINESS INCOME AND EXPENSES For: Month and Year: Aug. 2024

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For last 12 Months: $ 10,786

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income $ 32354.26

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| Expense Item: | TOTAL |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | NA |
| 4. Payroll Taxes | NA |
| 5. Unemployment Taxes | NA |
| 6. Worker's Compensation | NA |
| 7. Other Taxes | |
| 8. Inventory Purchases (Including raw materials) | 18578.17 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | NA |
| 10. Rent (Other than debtor's principal residence) | 5425 |
| 11. Utilities | 4207.65 |
| 12. Office Expenses and Supplies | 348.83 |
| 13. Repairs and Maintenance | 0 |
| 14. Vehicle Expenses | 200 |
| 15. Travel and Entertainment | 0 |
| 16. Equipment Rental and Leases | 124.95 |
| 17. Legal/Accounting/Other Professional Fees | 0 |
| 18. Insurance | 350 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | NA |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION OF OTHER EXPENSES NOT MENTION ABOVE | TOTAL |
|---|---|
| 21. Other: Specify Item: credit card fees & charges | 626.34 |
| Other: Specify Item: ___ | |
| Other: Specify Item: ___ | |

22. Total Monthly Expenses (Add items 3-21) $ 29860.94

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ 2493.32

# United States Bankruptcy Court
## Western District of Louisiana

In re _____ Debtor(s)    Case No. _____ Chapter _____

## BUSINESS INCOME AND EXPENSES For: Month and Year: Sept. 2024

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For last 12 Months:    $ 10,786.00

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income    $ 25564.01

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| Expense Item: | TOTAL |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | NA |
| 4. Payroll Taxes | NA |
| 5. Unemployment Taxes | NA |
| 6. Worker's Compensation | NA |
| 7. Other Taxes | |
| 8. Inventory Purchases (Including raw materials) | 13289.35 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0 |
| 10. Rent (Other than debtor's principal residence) | 5425 |
| 11. Utilities | 544.14 |
| 12. Office Expenses and Supplies | 262.43 |
| 13. Repairs and Maintenance | 0 |
| 14. Vehicle Expenses | 200 |
| 15. Travel and Entertainment | 0 |
| 16. Equipment Rental and Leases | 124.95 |
| 17. Legal/Accounting/Other Professional Fees | 0 |
| 18. Insurance | 664 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | NA |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION OF OTHER EXPENSES NOT MENTION ABOVE | TOTAL |
|---|---|
| 21. Other: Specify Item: credit card fees & charges | 673.89 |
| Other: Specify Item: | |
| Other: Specify Item: | |

| DESCRIPTION | TOTAL |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 21163.76 |

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $ 4400.25

# United States Bankruptcy Court
## Western District of Louisiana

In re _____    Case No. _____
         Debtor(s)               Chapter

## BUSINESS INCOME AND EXPENSES For: Month and Year: Oct. 2024

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For last 12 Months:  $ 10786

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income  $ 26538.13

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| Expense Item: | TOTAL |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ NA |
| 4. Payroll Taxes | NA |
| 5. Unemployment Taxes | NA |
| 6. Worker's Compensation | NA |
| 7. Other Taxes | 1858.32 |
| 8. Inventory Purchases (Including raw materials) | 15392.06 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | NA |
| 10. Rent (Other than debtor's principal residence) | 5425 |
| 11. Utilities | 868.60 |
| 12. Office Expenses and Supplies | 392.58 |
| 13. Repairs and Maintenance | 341.66 |
| 14. Vehicle Expenses | 100 |
| 15. Travel and Entertainment | 0 |
| 16. Equipment Rental and Leases | 124.95 |
| 17. Legal/Accounting/Other Professional Fees | 0 |
| 18. Insurance | 0 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | NA |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION OF OTHER EXPENSES NOT MENTION ABOVE | TOTAL |
|---|---|
| 21. Other: Specify Item: | |
| Other: Specify Item: | |
| Other: Specify Item: | |

| DESCRIPTION | TOTAL |
|---|---|

22. Total Monthly Expenses (Add items 3-21)  $ 23903.17

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)  $ 2634.96

# United States Bankruptcy Court
## Western District of Louisiana

In re _____  Case No. _____
            Debtor(s)          Chapter

## BUSINESS INCOME AND EXPENSES For: Month and Year: Nov. 2024

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For last 12 Months: $ 10,786

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income $ 32186.94

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| Expense Item: | TOTAL |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ NA |
| 4. Payroll Taxes | NA |
| 5. Unemployment Taxes | NA |
| 6. Worker's Compensation | NA |
| 7. Other Taxes | 1561.61 |
| 8. Inventory Purchases (Including raw materials) | 14939.65 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | NA |
| 10. Rent (Other than debtor's principal residence) | 5425 |
| 11. Utilities | 1136.77 |
| 12. Office Expenses and Supplies | 991.45 |
| 13. Repairs and Maintenance | 1131.91 |
| 14. Vehicle Expenses | 200 |
| 15. Travel and Entertainment | 0 |
| 16. Equipment Rental and Leases | 124.95 |
| 17. Legal/Accounting/Other Professional Fees | 140 |
| 18. Insurance | 0 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | NA |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION OF OTHER EXPENSES NOT MENTION ABOVE | TOTAL |
|---|---|
| 21. Other: Specify Item: | |
| Other: Specify Item: | |
| Other: Specify Item: | |

| DESCRIPTION | TOTAL |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 25651.34 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ 6535.60

# United States Bankruptcy Court
## Western District of Louisiana

In re _____   Case No. _____
                Debtor(s)          Chapter

## BUSINESS INCOME AND EXPENSES For: Month and Year: Dec. 2024

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For last 12 Months: $ 10,786

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income $ 30043.76

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| Expense Item: | TOTAL |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | NA |
| 4. Payroll Taxes | NA |
| 5. Unemployment Taxes | NA |
| 6. Worker's Compensation | NA |
| 7. Other Taxes | 1482.50 |
| 8. Inventory Purchases (Including raw materials) | 12146.38 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0 |
| 10. Rent (Other than debtor's principal residence) | 5425 |
| 11. Utilities | 4655.77 |
| 12. Office Expenses and Supplies | 484.06 |
| 13. Repairs and Maintenance | 0 |
| 14. Vehicle Expenses | 200 |
| 15. Travel and Entertainment | 0 |
| 16. Equipment Rental and Leases | 124.95 |
| 17. Legal/Accounting/Other Professional Fees | 0 |
| 18. Insurance | 0 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | NA |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION OF OTHER EXPENSES NOT MENTION ABOVE | TOTAL |
|---|---|
| 21. Other: Specify Item: | |
| Other: Specify Item: | |
| Other: Specify Item: | |

| DESCRIPTION | TOTAL |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 24516.66 |

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ 5527.10